**No. 11-127. Spansion, Inc., et al., Petitioners v. International Trade Commission, et al.**

**No. 11-128. Qualcomm Incorporated, Petitioner v. International Trade Commission, et al.**

565 U.S. 1058, 132 S. Ct. 758, 181 L. Ed. 2d 482, 2011 U.S. LEXIS 8529.

November 28, 2011. Petitions for writs of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same cases below, 629 F.3d 1331.